```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 28, 2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
   EASY KNOCK, INC.               :

                                                  :          **20-cv-8491 (ALC)**

                **Plaintiff,**       :
             -against-       :         **MEMORANDUM AND ORDER**

   KNOCKAWAY INC.,             :

                **Defendant.**      :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff requests a pre-motion conference in anticipation of filing a motion to dismiss certain of Defendant's counterclaims. (ECF No. 19.) Defendant shall respond to Plaintiff's request by December 30, 2020.

**SO ORDERED.**

**Dated:** December 28, 2020

      New York, New York                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**