USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 30, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

|   |   |   |
|---|---|---|
| **EASY KNOCK, INC.** | : | |
| | : | |
| | : | 20-cv-8491 (ALC) |
| **Plaintiff,** | : | |
| -against- | : | **ORDER** |
| | : | |
| **KNOCKAWAY INC.,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court denies Plaintiff's request for a pre-motion conference. (ECF No. 19.) The Parties shall meet and confer regarding whether an amendment would obviate the need for motion practice. The Parties shall file a joint status letter by January 13, 2021.

**SO ORDERED.**

**Dated:** December 30, 2020

    New York, New York

                                            **ANDREW L. CARTER, JR.**
                                              **United States District Judge**