UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EASYKNOCK,INC,                                              :
                                                            :
                Plaintiff,                    :

     - against -                                       :       ORDER

KNOCKAWAY INC.,                                             :       20-CV-8491 (ALC)(KNF)

                Defendant.                    :

------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on June 3, 2021, at 3:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York         SO ORDERED:
          June 2, 2021

                                                _____
                                                KEVIN NATHANIEL FOX
                                                UNITED STATES MAGISTRATE JUDGE