UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EASYKNOCK, INC.,

                                Plaintiff,                               **ORDER**

                                                                                                            **20-CV-8491 (ALC) (JW)**

-against-

KNOCKAWAY, INC.,

                                Defendant.

-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The unopposed request for a telephonic conference to discuss the confidentiality designation is **GRANTED**. The telephonic conference is scheduled for **Thursday, March 10 2022, at 10:00 AM**. Counsel should also be prepared to discuss the request for leave to file a third amended complaint. Counsel is directed to call the court's telephone conference line at the scheduled time. **Please dial (888) 363-4734, Access Code: 9711213.**

      In advance of the telephonic conference, Defendant Knockaway shall prepare a proposed, redacted version of the email in dispute for consideration by the parties and the Court. Plaintiff Easyknock shall file a proposed third amended complaint, with the proposed amendment(s) highlighted. Both the proposed redacted email and the proposed third amended complaint shall be submitted via email to both the parties and the Court by **Monday, March 7, 2022.**

      The unopposed request to file the email in dispute under seal is **GRANTED**.

      SO ORDERED.

DATED:   New York, New York
         February 28, 2022

                                          _____
                                          JENNIFER E. WILLIS
                                          United States Magistrate Judge