

The request for redaction is GRANTED.

SO ORDERED.

*Jennifer E. Willis*
Jennifer E. Willis
United States Magistrate Judge

April 19, 2022

Davis+Gilbert LLP
1675 Broadway
New York, NY 10019

212 468 4800
dglaw.com

April 15, 2022

**Via CM/ECF**

**Marc J. Rachman**
d 212 468 4890
mrachman@dglaw.com

Hon. Jennifer E. Willis, Magistrate Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:   *EasyKnock, Inc. v. Knockaway, Inc.*, 20-cv-08491 (ALC) (JW)

Dear Judge Willis:

This firm represents Defendant/Counterclaim-Plaintiff Knockaway, Inc. ("Knock") in the above-referenced action. Pursuant to the Court's Notice of Filing of Official Transcript dated March 11, 2022 (Dkt. 74), we respectfully submit this letter motion with the consent of Plaintiff/Counterclaim-Defendant EasyKnock, Inc. ("EasyKnock") to request redaction of certain portions of the transcript from the proceeding which took place before Your Honor on March 10, 2022 (the "Transcript") prior to its filing on the public docket.

The proceeding concerned an email Bates numbered KNOCK_0040352-0040354. On March 11, 2022, the Court ruled that the email was properly designated as "Confidential" under the parties' Stipulated Confidentiality Agreement and Protective Order (Dkt. 49). *See* (Dkt. 72). In light of the Court's ruling, Knock contends the following portions of the Transcript similarly contain Confidential material and requests redaction thereof: Page 9:16-19, Page 18:16-25, Page 19:2-5.[1]

Thank you in advance for Your Honor's consideration.

> Respectfully Submitted,
>
> /s/ Marc J. Rachman
> Marc J. Rachman

cc: Counsel of Record (by ECF)

---

[1] Knock also identifies the following misstatements in the Transcript and respectfully requests a correction: on Page 11 at lines 8-10, 14, and 17-18 the transcript indicates that I, Mr. Rachman, was speaking when in fact EasyKnock's counsel Mr. Siachos was speaking.