UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EASYKNOCK, INC.,

                 Plaintiff,                           **ORDER**

          -against-                            **20-CV-8491 (ALC) (JW)**

KNOCKAWAY, INC.,

                 Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      A settlement conference is scheduled for **September 30, 2022**, at **10:30 AM**. The conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference.

      Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Willis's Individual Practices.

      SO ORDERED.

DATED:    New York, New York
               August 12, 2022

                                                            JENNIFER E. WILLIS
                                                            United States Magistrate Judge