UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EASYKNOCK, INC.,

                         Plaintiff,                             **ORDER**

      -against-                                   **20-CV-8491 (ALC) (JW)**

KNOCKAWAY, INC.,

                        Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 26, 2022, a conference was held in this matter to address certain outstanding discovery issues. On August 12, 2022, the Parties filed a joint status update letter informing the Court of progress made since the conference and raising new disputes. Dkt. No. 94. In short, following the conference EasyKnock ran three searches across its documents and/or certain custodians, and provided Knock with the hit counts for those searches. The question now is which documents EasyKnock needs to review and produce to Knock. Taking each search in turn:

- Search "Knock NOT W/1 Easy": EasyKnock is directed to provide Knock with a representative sampling of documents across <u>all</u> custodians.

- Search beginning with "confusion": EasyKnock is directed to break the hit count down by custodian, and provide that information to Knock. Knock is then directed to specify the scope of documents it is interested in.

- Search beginning with "home w3 trade": EasyKnock is directed to review these documents and produce responsive documents to Knock.

As for the issue of additional custodians, the Court agrees that the request is untimely, and that Knock should have raised it earlier. Though EasyKnock's counsel has changed, that does not reset the discovery process. The Parties are reminded

that discovery is currently set to close on August 26, 2022; as such, they are encouraged to resolve their outstanding discovery disputes expeditiously, and narrowly tailor their applications to the Court.

SO ORDERED.

DATED:    New York, New York
          August 22, 2022

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge