UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EASYKNOCK, INC.,

                Plaintiff,                      **ORDER**

      -against-                    **20-CV-8491 (ALC) (JW)**

KNOCKAWAY, INC.,

                Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for Friday, September 30, 2022. It has come to the Court's attention that Plaintiff may have sought to adjourn the conference, though the Court notes that no such motion has been filed. To alleviate any confusion, any such request for adjournment is presumptively DENIED. The Parties, and their corporate representatives are expected to attend in person on September 30, 2022, at 10:30 as scheduled.

With respect to Defendant's request that their corporate representative join by phone due to impending severe weather in Florida where he resides, such request is GRANTED. See Dkt. No. 101. All other attorney's and corporate representatives required to appear in person.

SO ORDERED.

DATED:   New York, New York
               September 27, 2022

                                                        _____
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge